**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Benjamin Lavon Smalls, Appellant.

Appellate Case No. 2014-001539

_____

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court Judge

_____

Unpublished Opinion No. 2015-UP-468
Submitted August 1, 2015 – Filed October 7, 2015

_____

**APPEAL DISMISSED**

_____

Appellate Defender LaNelle Cantey DuRant, of
Columbia; and Benjamin Lavon Smalls, pro se, for
Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

_____

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.